Donald A. Robinson
Keith J. Miller
ROBINSON WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, NJ 07102
(973) 690-5400

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Attorneys for Plaintiffs
Wyeth and Cordis Corporation



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WYETH <br><br> and <br><br> CORDIS CORPORATION <br><br> Plaintiffs, <br><br> vs. <br><br> MEDTRONIC, INC., and <br> MEDTRONIC AVE, INC. <br><br> and <br><br> ABBOTT LABORATORIES and ABBOTT <br> CARDIOVASCULAR SYSTEMS, INC. <br><br> Defendants. | Civil Action No. 3:08-cv-01021-JAP-TJB <br><br> **WITHDRAWAL OF APPEARANCE AS TO PRO HAC VICE COUNSEL ALLA KARAGODIN, ESQ.** <br><br> *Document Filed Electronically* |

On behalf of plaintiffs Wyeth and Cordis Corporation, please withdraw the *pro hac vice* appearance of Alla Karagodin, Esq. and remove her from further electronic notifications related to the above-referenced lawsuit.

Dated: February 25, 2010                         ROBINSON, WETTRE & MILLER, LLC

                                            BY:   *s/Donald A. Robinson*
                                                     Donald A. Robinson

## CERTIFICATE OF SERVICE

I certify that on February 25, 2010, I served the attached Notice of Appearance as to *Pro Hac Vice* Counsel Alla Karagodin, Esq. on all counsel through the Court's CM/ECF electronic filing system.

<em>s/Donald A. Robinson</em>