UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WYETH, et al. | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 08-230 (JAP) |
| ABBOTT LABORATORIES, et al. | : | |
| Defendants. | : | |
| WYETH, et al. | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 08-1021 (JAP) |
| | : | **ORDER AND JUDGMENT** |
| MEDTRONIC, INC., et al. | : | |
| Defendants. | : | |

Presently before the Court are motions for summary judgment of invalidity under 35 U.S.C. § 112 filed by Defendants Boston Scientific Corporation and Boston Scientific Scimend, Inc. , Abbott Laboratories, Abbott Cardiovascular Systems Inc., Abbott Laboratories, Inc., Medtronic, Inc., Medtronic Vascular, Inc., and Medtronic USA, Inc (collectively, "Defendants"). The Court has carefully considered the submissions of the parties and the argument of counsel. For the reasons in the accompanying Opinion,

IT IS on this 19th day of January 2012

ORDERED that Defendants' motions [#380 and #425 in 08-230; #342 in 08-1021] are granted; and it is further

ORDERED that judgment be entered in favor of Defendants.

Consequently, the above-captioned matters are CLOSED.

/s/ JOEL A. PISANO  
Joel A. Pisano, U.S.D.J.